**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Frederick Francis Heavy RUNNER,**
**Defendant—Appellant.**

**No. 05–30006.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Filed July 27, 2006.

Lori Harper Suek, Esq., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

John P. Rhodes, Esq., FDMT–Federal Defenders of Montana (Missoula), Missoula, MT, for Defendant–Appellant.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Frederick Francis Heavy Runner appeals from the 24–month term of imprisonment imposed upon the revocation of his supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Heavy Runner contends that the revocation of his supervised release term and the imposition of additional imprisonment violates the Sixth Amendment under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). This contention is foreclosed by *United States v. Huerta–Pimental,* 445 F.3d 1220, 1223–25 (9th Cir. 2006).

**AFFIRMED.**